Carolyn Geraci Frome, Esq. (03605-1985)
**WINNE, BANTA, BASRALIAN & KAHN, P.C.**
21 Main Street, Suite 101
Hackensack, New Jersey 07601
(201) 487-3800
Attorneys for Defendants,
United Airlines, Inc. and United Ground
Express, Inc.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| RAPHAEL ZUCKER, | Civil Action No. 2:23-cv-00834 (MCA-JBC) |
| Plaintiff, | |
| v. | Civil Action |
| UNITED AIRLINES, INC., UNITED GROUND EXPRESS, INC., and JOHN DOE CORPORATION | **ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL** |
| Defendants. | |

---

Defendant, United Airlines, Inc., ("United Airlines"), a Delaware Corporation with its principal place of business located at 233 S. Wacker Drive, Chicago, IL 60606, by way of Answer to the Complaint of plaintiff, herein says:

### JURISDICTION AND VENUE

1. Paragraph 1 of the Jurisdiction and Venue Count of plaintiff's Complaint pleads legal conclusions that do not require a response. Should a response be required, United Airlines denies information sufficient to form a belief as to the allegations contained in paragraph 1 of the Jurisdiction and Venue Count of plaintiff's Complaint and it leaves plaintiff to

#770844v1 * 00983-00467

his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

2.    Paragraph 2 of the Jurisdiction and Venue Count of plaintiff's Complaint pleads legal conclusions that do not require a response. Should a response be required, United Airlines denies any omissions occurred, it denies information sufficient to form a belief as to the allegations contained in paragraph 2 of the Jurisdiction and Venue Count of plaintiff's Complaint and it leaves plaintiff to his proofs with respect to all remaining allegations contained in this paragraph of plaintiff's Complaint.

3.    Paragraph 3 of the Jurisdiction and Venue Count of plaintiff's Complaint pleads legal conclusions that do not require a response. Should a response be required, United Airlines denies any omissions occurred, it denies information sufficient to form a belief as to the remaining allegations contained in paragraph 3 of the Jurisdiction and Venue Count of plaintiff's Complaint and it leaves plaintiff to his proofs with respect to all remaining allegations contained in this paragraph of plaintiff's Complaint.

### FACTS

4.    Defendant United Airlines denies information sufficient to form a belief as to the allegations contained in

#770844v1 * 00983-00467

paragraph 4 of the Facts Count of plaintiff's Complaint, and it leaves plaintiff to his proofs with respect to said allegations.

5.    Defendant United Airlines admits only that, at all relevant times, it was a Delaware corporation that was authorized to conduct business in the State of New Jersey.  Said defendant denies information sufficient to form a belief as to any remaining allegations contained in paragraph 5 of the Facts Count of plaintiff's Complaint and it leaves plaintiff to his proofs with respect to said allegations.

6.    Defendant United Airlines makes no answer to the allegations contained in paragraph 6 of the Facts Count of plaintiff's Complaint, as these allegations do not pertain to United Airlines. Should a response be required, United Airlines leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

7.    Defendant United Airlines makes no answer to the allegations contained in paragraph 7 of the Facts Count of plaintiff's Complaint, as these allegations do not pertain to United Airlines. Should a response be required, United Airlines leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

8.    Defendant United Airlines admits only that, at all relevant times, United Airlines, Inc. operated an airline, as

#770844v1 * 00983-00467

3

alleged in paragraph 8 of the Facts Count of plaintiff's Complaint. United Airlines leaves plaintiff to his proofs with respect to all remaining allegations contained in this paragraph of plaintiff's Complaint.

9. Defendant United Airlines admits only that, at all relevant times, it operated flights to and from Newark Liberty International Airport, as alleged in paragraph 9 of the Facts Count of plaintiff's Complaint. United Airlines leaves plaintiff to his proofs with respect to all remaining allegations contained in this paragraph of plaintiff's Complaint.

10. Defendant United Airlines denies that it owned Terminal C, Newark Liberty International Airport on February 14, 2021. Said defendant admits only that it leased, operated and maintained certain portions of Terminal C, Newark Liberty International Airport, in February of 2021, and it leaves plaintiff to his proofs with respect to all remaining allegations contained in paragraph 10 of the Facts Count of plaintiff's Complaint.

11. Defendant United Airlines make no answer to the allegations contained in paragraph 11 of the Facts Count of plaintiff's Complaint, as these allegations do not pertain to United Airlines. Should a response be required, United Airlines

#770844v1 * 00983-00467

leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

12. Paragraph 12 of the Facts Count of plaintiff's Complaint refers to a contract which speaks for itself. By way of further response, defendant United Airlines admits only that in or about February 2021, pursuant to a contract, United Ground Express, Inc. provided mobility assistance and other ground support passenger services at Terminal C, Newark Liberty International Airport. Said defendant denies information sufficient to form a belief as to any remaining allegations contained in paragraph 12 of the Facts Count of plaintiff's Complaint and it leaves plaintiff to his proofs with respect to all additional allegations contained in this paragraph of plaintiff's Complaint.

13. Paragraph 13 of the Facts Count of plaintiff's Complaint refers to a contract which speaks for itself. By way of further response, defendant United Airlines admits only that in or about February 2021, United Ground Express, Inc. provided electric cart transportation services for United Airlines passengers at Terminal C, Newark Liberty International Airport. Said defendant denies information sufficient to form a belief as to any remaining allegations contained in paragraph 13 of the Facts Count of plaintiff's Complaint and it leaves plaintiff to

#770844v1 * 00983-00467

his proofs with respect to all additional allegations contained in this paragraph of plaintiff's Complaint.

14. Defendant United Airlines denies information sufficient to form a belief as to the allegations contained in paragraph 14 of the Facts Count of plaintiff's Complaint, and it leaves plaintiff to his proofs.

15. Defendant United Airlines denies information sufficient to form a belief as to the allegations contained in paragraph 15 of the Facts Count of plaintiff's Complaint, and it leaves plaintiff to his proofs.

16. Defendant United Airlines denies information sufficient to form a belief as to the allegations contained in paragraph 16 of the Facts Count of plaintiff's Complaint, and it leaves plaintiff to his proofs.

17. Defendant United Airlines denies information sufficient to form a belief as to the allegations contained in paragraph 17 of the Facts Count of plaintiff's Complaint and it leaves plaintiff to his proofs.

18. Defendant United Airlines denies the allegations contained in paragraph 18 of the Facts Count of plaintiff's Complaint.

19.    Defendant    United    Airlines    denies    the    allegations contained in paragraph 19 of the Facts Count of plaintiff's Complaint.

20.    Defendant    United    Airlines    denies    the    allegations contained in paragraph 20 of the Facts Count of plaintiff's Complaint.

21.    Defendant United Airlines denies a collision occurred and that a motorized passenger transport cart struck plaintiff. Defendant United Airlines leaves plaintiff to his proofs as to the remaining allegations contained in paragraph 21 of the Facts Count of plaintiff's Complaint.

22.    Defendant    United    Airlines    denies    the    allegations contained in paragraph 22 of the Facts Count of plaintiff's Complaint.

### FIRST CAUSE OF ACTION AGAINST UNITED

23.    Defendant United Airlines repeats and reasserts its responses to the allegations contained in paragraphs 1 through 22 of plaintiff's Complaint, as if fully set forth at length herein.

24.    Defendant    United    Airlines    denies    information sufficient to form a belief as to the allegations contained in paragraph 24 of the First Cause of Action plaintiff's Complaint and it leaves plaintiff to his proofs.

#770844v1 * 00983-00467

7

25. Defendant United Airlines admits only that, at all relevant times, it operated an airline, as alleged in paragraph 25 of the First Cause of Action plaintiff's Complaint. United Airlines leaves plaintiff to his proofs with respect to all remaining allegations contained in this paragraph of plaintiff's Complaint and it refers all issues of law to the Court.

26. Paragraph 26 of the First Cause of Action of plaintiff's Complaint pleads legal conclusions that do not require a response. Should a response be required, defendant United Airlines denies the common carrier duty applies to the circumstances referenced in the subject action, it leaves plaintiff to his proofs with respect to the remaining allegations contained in paragraph 26 of the First Cause of Action of plaintiff's Complaint and it refers all issues of law to the Court.

27. Defendant United Airlines admits only that, at all relevant times, it operated certain leased portions of Terminal C, Newark Liberty International Airport. United Airlines leaves plaintiff to his proofs with respect to all remaining allegations contained in paragraph 27 of the First Cause of Action plaintiff's Complaint and it refers all issues of law to the Court.

#770844v1 * 00983-00467

8

28.    Defendant  United  Airlines  admits  only  that,  at  all relevant  times,  it  maintained  certain  leased  portions  of Terminal  C,  Newark  Liberty  International  Airport.  United Airlines  leaves  plaintiff  to  his  proofs  with  respect  to  all remaining  allegations  contained  in  paragraph  28  of  the  First Cause  of  Action  plaintiff's  Complaint  and  it  refers  all  issues of  law  to  the  Court.

29.    Defendant  United  Airlines  denies  information sufficient  to  form  a  belief  as  to  the  allegations  contained  in paragraph  29  of  the  First  Cause  of  Action  plaintiff's  Complaint and  it  leaves  plaintiff  to  his  proofs  as  to  all  such allegations.  In  addition,  said  defendant  refers  all  issues  of law  to  the  Court.

30.    Defendant  United  Airlines  denies  information sufficient  to  form  a  belief  as  to  the  allegations  contained  in paragraph  30  of  the  First  Cause  of  Action  plaintiff's  Complaint and  it  leaves  plaintiff  to  his  proofs  as  to  all  such allegations.  In  addition,  said  defendant  refers  all  issues  of law  to  the  Court.

31.    Paragraph  31  of  plaintiff's  Complaint  pleads  legal conclusions  that  do  not  require  a  response.  Should  a  response  be required,  defendant  United  Airlines  denies  information sufficient  to  form  a  belief  as  to  the  allegations  contained  in

#770844v1 • 00983-00467

paragraph 31 of the First Cause of Action plaintiff's Complaint and it leaves plaintiff to his proofs as to all such allegations. In addition, said defendant refers all issues of law to the Court.

32. Defendant United Airlines denies that it controlled "foot traffic" at Terminal C, Newark Liberty International Airport and the operation of motorized passenger transport carts within Terminal C, Newark Liberty International Airport, in February of 2021. Defendant United Airlines denies information sufficient to form a belief as to the remaining allegations contained in paragraph 32 of the First Cause of Action plaintiff's Complaint, it leaves plaintiff to his proofs with respect to those allegations and it refers all issues of law to the Court.

33. Defendant United Airlines denies the allegations contained in paragraph 33 of the First Cause of Action plaintiff's Complaint.

34. Defendant United Airlines denies the allegations contained in paragraph 34 of the First Cause of Action plaintiff's Complaint.

35. Defendant United Airlines denies the allegations contained in paragraph 35 of the First Cause of Action plaintiff's Complaint.

36. Defendant United Airlines denies the allegations contained in paragraph 36 of the First Cause of Action plaintiff's Complaint.

37. Defendant United Airlines denies the allegations contained in paragraph 37 of the First Cause of Action plaintiff's Complaint.

38. Defendant United Airlines denies the allegations contained in paragraph 38 of the First Cause of Action plaintiff's Complaint.

39. Defendant United Airlines denies the allegations contained in paragraph 39 of the First Cause of Action plaintiff's Complaint.

40. Defendant United Airlines denies the allegations contained in paragraph 40 of the First Cause of Action plaintiff's Complaint.

41. Defendant United Airlines denies the allegations contained in paragraph 41 of the First Cause of Action plaintiff's Complaint.

42. Defendant United Airlines denies the allegations contained in paragraph 42 of the First Cause of Action plaintiff's Complaint.

43. Defendant United Airlines denies the allegations contained in paragraph 43 of the First Cause of Action plaintiff's Complaint.

44. Paragraph 44 of the First Cause of Action plaintiff's Complaint is a prayer for relief that does not require a response. Should a response be required, defendant United Airlines reiterates its responses to all allegations contained in the Complaint, it denies the defendants are liable for the alleged incident and it denies that plaintiff is entitled to the relief sought in paragraph 44 of the First Cause of Action of plaintiff's Complaint.

### SECOND CAUSE OF ACTION AGAINST UGE

45. Defendant United Airlines repeats and reasserts its responses to the allegations contained in paragraphs 1 through 44 of plaintiff's Complaint, as if fully set forth at length herein.

46. Defendant United Airlines denies all allegations directed against it that are contained in paragraph 46 of the Second Cause of Action of plaintiff's Complaint.

47. Defendant United Airlines denies all allegations directed against it that are contained in paragraph 47 of the Second Cause of Action of plaintiff's Complaint.

48. Defendant United Airlines denies all allegations directed against it that are contained in paragraph 48 of the Second Cause of Action of plaintiff's Complaint.

49. Defendant United Airlines denies all allegations directed against it that are contained in paragraph 49 of the Second Cause of Action of plaintiff's Complaint.

50. Defendant United Airlines denies all allegations directed against it that are contained in paragraph 50 of the Second Cause of Action of plaintiff's Complaint.

51. Defendant United Airlines denies information sufficient to form a belief as to the allegations contained in paragraph 51 of the Second Cause of Action of plaintiff's Complaint and it leaves plaintiff to his proofs.

52. Defendant United Airlines denies all allegations directed against it that are contained in paragraph 52 of the Second Cause of Action of plaintiff's Complaint.

53. Defendant United Airlines denies the allegations contained in paragraph 53 of the Second Cause of Action of plaintiff's Complaint.

54. Defendant United Airlines denies the allegations contained in paragraph 54 of the Second Cause of Action of plaintiff's Complaint.

#770844v1 * 00983-00467

13

55. Defendant United Airlines denies the allegations contained in paragraph 55 of the Second Cause of Action of plaintiff's Complaint.

56. Defendant United Airlines denies the allegations contained in paragraph 56 of the Second Cause of Action of plaintiff's Complaint.

57. Defendant United Airlines denies the allegations contained in paragraph 57 of the Second Cause of Action of plaintiff's Complaint.

58. Defendant United Airlines denies the allegations contained in paragraph 58 of the Second Cause of Action of plaintiff's Complaint.

59. Defendant United Airlines denies the allegations contained in paragraph 59 of the Second Cause of Action of plaintiff's Complaint.

60. Defendant United Airlines denies the allegations contained in paragraph 60 of the Second Cause of Action of plaintiff's Complaint.

61. Defendant United Airlines denies the allegations contained in paragraph 61 of the Second Cause of Action of plaintiff's Complaint.

62. Paragraph 62 of the Second Cause of Action of plaintiff's Complaint is a prayer for relief that does not

require a response. Should a response be required, defendant United Airlines reiterates its responses to all allegations contained in the Complaint, it denies the defendants are liable for the alleged incident and it denies that plaintiff is entitled to the relief sought in paragraph 62 of the Second Cause of Action of plaintiff's Complaint.

### THIRD CAUSE OF ACTION

63. Defendant United Airlines repeats and reasserts its responses to the allegations contained in paragraphs 1 through 62 of plaintiff's Complaint, as if fully set forth at length herein.

64. Paragraph 64 of the Third Cause of Action of plaintiff's Complaint pleads legal conclusions that do not require a response. Should a response be required, defendant United Airlines denies all allegations directed against it in paragraph 64 of the Third Cause of Action of plaintiff's Complaint and it refers all issues of law to the Court.

65. Paragraph 65 of the Third Cause of Action of plaintiff's Complaint pleads legal conclusions that do not require a response. Should a response be required, defendant United Airlines denies such a duty applies with respect to the employees of an independent contractor, it leaves plaintiff to

his proofs as to all remaining allegations and it refers all issues of law to the Court.

66. Paragraph 66 of the Third Cause of Action of plaintiff's Complaint pleads legal conclusions that do not require a response. Should a response be required, defendant United Airlines denies such a duty applies with respect to the employees of an independent contractor, it leaves plaintiff to his proofs as to all remaining allegations and it refers all issues of law to the Court.

67. Defendant United Airlines denies the allegations contained in paragraph 67 of the Third Cause of Action of plaintiff's Complaint.

68. Defendant United Airlines denies the allegations contained in paragraph 68 of the Third Cause of Action of plaintiff's Complaint.

69. Defendant United Airlines denies the allegations contained in paragraph 69 of the Third Cause of Action of plaintiff's Complaint.

70. Defendant United Airlines denies the allegations contained in paragraph 70 of the Third Cause of Action of plaintiff's Complaint.

71.    Defendant   United   Airlines   denies   the   allegations
contained  in  paragraph  71  of  the  Third  Cause  of  Action  of
plaintiff's Complaint.

72.    Defendant   United   Airlines   denies   the   allegations
contained  in  paragraph  72  of  the  Third  Cause  of  Action  of
plaintiff's Complaint.

73.    Defendant   United   Airlines   denies   the   allegations
contained  in  paragraph  73  of  the  Third  Cause  of  Action  of
plaintiff's Complaint.

74.    Paragraph  74  of  the  Third  Cause  of  Action  of
plaintiff's  Complaint  is  a  prayer  for  relief  that  does  not
require  a  response.  Should  a  response  be  required,  defendant
United  Airlines  reiterates  its  responses    to  all  allegations
contained  in  the  Complaint,  it  denies  the  defendants  are  liable
for  the  alleged  incident  and  it  denies  that  plaintiff  is
entitled  to  the  relief  sought  in  paragraph  74  of  the  Third  Cause
of Action of plaintiff's Complaint.

### FOURTH CAUSE OF ACTION

75.    Defendant  United  Airlines  repeats  and  reasserts  its
responses  to  the  allegations  contained  in  paragraphs  1  through
74  of  plaintiff's  Complaint,  as  if  fully  set  forth  at  length
herein.

76. Defendant United Airlines makes no answer to the allegations contained in paragraph 76 of the Fourth Cause of Action of plaintiff's Complaint because these allegations are not directed against United Airlines. Should a response be required, defendant United Airlines denies all allegations contained in paragraph 76 of the Fourth Cause of Action of plaintiff's Complaint that may be construed against said defendant and it leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

77. Defendant United Airlines makes no answer to the allegations contained in paragraph 77 of the Fourth Cause of Action of plaintiff's Complaint because these allegations are not directed against United Airlines. Should a response be required, defendant United Airlines denies all allegations contained in paragraph 77 of the Fourth Cause of Action of plaintiff's Complaint that may be construed against said defendant and it leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

78. Defendant United Airlines makes no answer to the allegations contained in paragraph 78 of the Fourth Cause of Action of plaintiff's Complaint because these allegations are

#770844v1 * 00983-00467

18

not directed against United Airlines. Should a response be required, defendant United Airlines denies all allegations contained in paragraph 78 of the Fourth Cause of Action of plaintiff's Complaint that may be construed against said defendant and it leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

79. Defendant United Airlines makes no answer to the allegations contained in paragraph 79 of the Fourth Cause of Action of plaintiff's Complaint because these allegations are not directed against United Airlines. Should a response be required, defendant United Airlines denies all allegations contained in paragraph 79 of the Fourth Cause of Action of plaintiff's Complaint that may be construed against said defendant and it leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

80. Defendant United Airlines makes no answer to the allegations contained in paragraph 80 of the Fourth Cause of Action of plaintiff's Complaint because these allegations are not directed against United Airlines. Should a response be required, defendant United Airlines denies all allegations contained in paragraph 80 of the Fourth Cause of Action of

plaintiff's Complaint that may be construed against said defendant and it leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

81. Defendant United Airlines denies information sufficient to form a belief as to the allegations contained in paragraph 81 of the Fourth Cause of Action of plaintiff's Complaint and it leaves plaintiff to his proofs.

82. Defendant United Airlines makes no answer to the allegations contained in paragraph 82 of the Fourth Cause of Action of plaintiff's Complaint because these allegations are not directed against United Airlines. Should a response be required, defendant United Airlines denies all allegations contained in paragraph 82 of the Fourth Cause of Action of plaintiff's Complaint that may be construed against said defendant and it leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint.

83. Defendant United Airlines denies the allegations contained in paragraph 83 of the Fourth Cause of Action of plaintiff's Complaint.

#770844v1 * 00983-00467

84. Defendant United Airlines denies the allegations contained in paragraph 84 of the Fourth Cause of Action of plaintiff's Complaint.

85. Defendant United Airlines denies the allegations contained in paragraph 85 of the Fourth Cause of Action of plaintiff's Complaint.

86. Defendant United Airlines denies the allegations contained in paragraph 86 of the Fourth Cause of Action of plaintiff's Complaint.

87. Defendant United Airlines denies the allegations contained in paragraph 87 of the Fourth Cause of Action of plaintiff's Complaint.

88. Defendant United Airlines denies the allegations contained in paragraph 88 of the Fourth Cause of Action of plaintiff's Complaint.

89. Defendant United Airlines denies the allegations contained in paragraph 89 of the Fourth Cause of Action of plaintiff's Complaint.

90. Defendant United Airlines denies the allegations contained in paragraph 90 of the Fourth Cause of Action of plaintiff's Complaint.

#770844v1 * 00983-00467

91.    Defendant   United   Airlines   denies   the   allegations contained  in  paragraph  91  of  the  Fourth  Cause  of  Action  of plaintiff's Complaint.

92.    Defendant   United   Airlines   denies   the   allegations contained  in  paragraph  92  of  the  Fourth  Cause  of  Action  of plaintiff's Complaint.

93.    Paragraph   93   of   the   Fourth   Cause   of   Action   of plaintiff's  Complaint  is  a  prayer  for  relief  that  does  not require  a  response.  Should  a  response  be  required,  defendant United  Airlines  reiterates  its  responses  to  all  allegations contained  in  the  Complaint,  it  denies  the  defendants  are  liable for  the  alleged  incident  and  it  denies  that  plaintiff  is entitled  to  the  relief  sought  in  paragraph  93  of  the  Fourth Cause of Action of plaintiff's Complaint.

### FIFTH CAUSE Of ACTION

94.    Defendant   United   Airlines   repeats   and   reasserts   its responses  to  the  allegations  contained  in  paragraphs  1  through 93  of  plaintiff's  Complaint,  as  if  fully  set  forth  at  length herein.

95.    Defendant   United   Airlines   makes   no   answer   to   the allegations  contained  in  paragraph  95  of  the  Fifth  Cause  of Action  of  plaintiff's  Complaint  because  these  allegations  are not   directed   against   United   Airlines.   In   addition,   this

#770844v1 * 00983-00467

22

paragraph improperly pleads legal conclusions that do not require a response. Should a response be required, defendant United Airlines leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint and it refers all issues of law to the Court.

96. Defendant United Airlines makes no answer to the allegations contained in paragraph 96 of the Fifth Cause of Action of plaintiff's Complaint because these allegations are not directed against United Airlines. In addition, this paragraph pleads legal conclusions that do not require a response. Should a response be required, defendant United Airlines it leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint and it refers all issues of law to the Court.

97. Defendant United Airlines makes no answer to the allegations contained in paragraph 97 of the Fifth Cause of Action of plaintiff's Complaint because these allegations are not directed against United Airlines. In addition, this paragraph pleads legal conclusions that do not require a response. Should a response be required, defendant United Airlines leaves plaintiff to his proofs with respect to all allegations contained in this paragraph of plaintiff's Complaint and it refers all issues of law to the Court.

#770844v1 * 00983-00467

98. Defendant United Airlines denies the allegations contained in paragraph 98 of the Fifth Cause of Action of plaintiff's Complaint.

99. Defendant United Airlines denies the allegations contained in paragraph 99 of the Fifth Cause of Action of plaintiff's Complaint.

100. Defendant United Airlines denies the allegations contained in paragraph 100 of the Fifth Cause of Action of plaintiff's Complaint.

101. Defendant United Airlines denies the allegations contained in paragraph 101 of the Fifth Cause of Action of plaintiff's Complaint.

102. Defendant United Airlines denies the allegations contained in paragraph 102 of the Fifth Cause of Action of plaintiff's Complaint.

103. Defendant United Airlines denies the allegations contained in paragraph 103 of the Fifth Cause of Action of plaintiff's Complaint.

104. Defendant United Airlines denies the allegations contained in paragraph 104 of the Fifth Cause of Action of plaintiff's Complaint.

105. Paragraph 105 of the Fifth Cause of Action of plaintiff's Complaint is a prayer for relief that does not

require a response. Should a response be required, defendant United Airlines reiterates its responses to all allegations contained in the Complaint, it denies the defendants are liable for the alleged incident and it denies that plaintiff is entitled to the relief sought in paragraph 105 of the Fifth Cause of Action of plaintiff's Complaint.

**WHEREFORE**, defendant, United Airlines, Inc., demands judgment dismissing plaintiff's Complaint with prejudice as to said defendant, for attorneys' fees, costs of suit and for such other relief as this Court may deem equitable and just.

WINNE, BANTA, BASRALIAN & KAHN, P.C.
Attorneys for Defendant,
United Airlines, Inc.

**CAROLYN GERACI FROME, ESQ.**

Dated: April 5, 2023

## GENERAL DENIAL

All allegations in the Complaint that may be construed against defendant, United Airlines, Inc., that are not specifically addressed in the foregoing paragraphs are denied.

WINNE, BANTA, BASRALIAN & KAHN, P.C.
Attorneys for Defendant,
United Airlines, Inc.

**CAROLYN GERACI FROME, ESQ.**

Dated: April 5, 2023
#770844v1 * 00983-00467

25

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim and/or cause of action upon which relief may be granted against defendant, United Airlines, Inc., its agents, servants and employees.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims as to United Airlines, Inc., its agents, servants and employees are pre-empted and, therefore, barred by Federal Aviation law.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Repose.

### FIFTH AFFIRMATIVE DEFENSE

Any and all injuries and damages allegedly sustained by plaintiff were the result of acts or omissions of others over whom defendant, United Airlines, Inc., had no control.

### SIXTH AFFIRMATIVE DEFENSE

Any and all injuries and damages allegedly sustained by plaintiff were not a foreseeable consequence of any acts or

omissions of defendant, United Airlines, Inc., its agents, servants and employees.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., did not breach any duty owed to plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., did not breach any contractual obligation to plaintiff.

### NINTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., and its agents, servants and employees were not negligent in any way and did not cause or contribute to the injuries and/or damages complained of.

### TENTH AFFIRMATIVE DEFENSE

At all relevant times, defendant, United Airlines, Inc., and its agents, servants and employees complied with all applicable laws, regulations, codes and standards.

### ELEVENTH AFFIRMATIVE DEFENSE

At all relevant times, defendant, United Airlines, Inc., and its agents, servants and employees acted reasonably and in good faith and with due care for the rights and safety of others and their property.

## TWELFTH AFFIRMATIVE DEFENSE

No acts or omissions of defendant, United Airlines, Inc., and/or its agents, servants and/or employees were the proximate cause or a substantial causative factor of any injuries/damages allegedly sustained by plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

To the extent that the cause of action seeks damages for which payment was received or may be received from collateral sources, such damages are barred by the Collateral Source Rule.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, or at the very least diminished, by reason of plaintiff's own negligence, the Doctrine of Comparative Negligence and the Comparative Negligence Act, N.J.S.A. 2A:15-5.1, et seq.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., neither extended nor breached any express or implied warranties, representations or promises to plaintiff.

## SIXTEENTH AFFIRMATIVE DEFENSE

All actions of this defendant were reasonable, justified and in accordance with law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

### EIGHTEENTH AFFIRMATIVE DEFENSE

The incident that forms the basis of this litigation and which allegedly caused the injuries and damages to plaintiff was proximately caused or contributed to by the fault of third parties who are not parties to this suit. The responsibilities of United Airlines, Inc. and the right of the plaintiff to recover in this litigation can only be determined after the percentage of the responsibilities of all parties to this litigation have been determined. Accordingly, United Airlines, Inc. seeks an allocation of the percentage of fault of the plaintiff and each and every person, now or hereinafter named, whose fault contributed to this incident.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by plaintiff's inability to properly join and/or obtain jurisdiction over necessary and/or indispensable parties.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any actions of defendant and plaintiff has failed to properly plead his damage claim.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims as to United Airlines, Inc., its agents, servants and employees are pre-empted by the Federal Aviation

#770844v1 * 00983-00467

Act of 1958, the Airline Deregulation Act of 1978, Federal Aviation Regulations (FARs), the Code of Federal Regulations (CFRs) and/or other aviation Regulations, Laws, Codes, Treaties, Rules, Bulletins, Conventions and/or Statutes. As such, plaintiff's claims are barred and/or limited.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

The damages alleged are the result of unforeseeable, intervening or superseding acts of others, independent of defendant, United Airlines, Inc., which bars plaintiff's cause of action.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Pursuant to its tariffs on file with the Department of Transportation of the United States and pursuant to its conditions of contract as set forth in the relevant contract of transportation, defendant, United Airlines, Inc., is not liable to plaintiff or, in the alternative, said defendant's liability is limited.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., had no notice of any dangerous or hazardous condition with respect to the subject transportation cart and/or with respect to the subject incident.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

No nuisance was created and/or maintained by this defendant.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by virtue of the Doctrines of Sudden Emergency, Avoidable Consequences and/or Last Clear Chance.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., denies the application of the Doctrine of Joint and Several Liability to the acts, omissions and/or commissions which allegedly give rise to plaintiff's claim.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

This claim is barred by the doctrines of estoppel, laches, entire controversy, accord and satisfaction, unclean hands, res judicata and other issue and/or claim preclusion doctrines.

### THIRTIETH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., did not breach any covenants, implied or otherwise, of good faith and fair dealing.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff assumed the risk and was fully cognizant of all circumstances surrounding the alleged incident.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

To the extent that plaintiff's Complaint asserts any products liability claims against defendant, United Airlines, Inc., said defendant asserts and incorporates by reference herein all defenses available under the Products Liability Act, N.J.S.A. 2A:58C et. seq., and under common law.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

To the extent that plaintiff can establish that the incident was caused by any condition of the subject transportation cart and/or premises, such condition was open and obvious and cannot form the basis for liability.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., is not strictly liable in tort.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff, through the exercise of reasonable care, could have discovered any alleged dangers, apprehended said alleged dangers and avoided injury.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., denies that there is a basis for a claim under the doctrine of respondeat superior.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff failed to heed warnings.

#770844v1 * 00983-00467

32

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

The alleged damages complained of were due to unavoidable circumstances and causes beyond the control or fault of United Airlines, Inc.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., reserves the right to dismiss plaintiff's Complaint based on the fact that the alleged injuries to plaintiff were caused by plaintiff himself.

### FORTIETH AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., denies there is a basis for any negligent hiring, negligent training and/or negligent supervision claims.

### FORTY-FIRST AFFIRMATIVE DEFENSE

Defendant, United Airlines, Inc., reserves the right to assert additional affirmative defenses as revealed through discovery.

WINNE, BANTA, BASRALIAN & KAHN, P.C.
Attorneys for Defendant,
United Airlines, Inc.

_Carolyn Geraci Frome_

CAROLYN GERACI FROME, ESQ.

Dated: April 5, 2023

## RESERVATION OF DEFENSES AND OBJECTIONS

Defendant, United Airlines, Inc., reserves the right to interpose such other defenses and objections as continuing investigation may disclose.

## DEMAND FOR JURY TRIAL

**PLEASE TAKE NOTICE** that defendant, United Airlines, Inc., demands trial by jury on all issues.

WINNE, BANTA, BASRALIAN & KAHN, P.C.
Attorneys for Defendant,
United Airlines, Inc.

CAROLYN GERACI FROME, ESQ.

Dated:  April 5, 2023

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

I hereby certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any other Court or of any pending arbitration or administrative proceeding.

WINNE, BANTA, BASRALIAN & KAHN, P.C.
Attorneys for Defendant,
United Airlines, Inc.

CAROLYN GERACI FROME, ESQ.

Dated:  April 5, 2023

#770844v1 * 00983-00467

## CERTIFICATION OF SERVICE

**CAROLYN GERACI FROME**, of full age, hereby certifies as follows:

1.     I am an attorney-at-law of the State of New Jersey and a member of the law firm of Winne, Banta, Basralian & Kahn, P.C., counsel for defendant, United Airlines, Inc., in this action.

2.     On this date I caused the original of the within Answer, Affirmative Defenses and Demand for Jury Trial to be electronically filed with the Clerk, United States District Court, District of New Jersey, M.L. King Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07101; and I have also caused a copy of the within Answer, Affirmative Defenses and Demand for Jury Trial to be served, via Electronic Court Filing, upon Abram I. Bohrer, Esq. and David A. Zeitzoff, Esq., Bohrer & Lukeman, 5 Columbus Circle, Suite 1501, New York, New York 10019, attorneys for plaintiff.

_Carolyn Geraci Frome_
CAROLYN GERACI FROME, ESQ.

Dated: April 5, 2023

#770844v1 * 00983-00467

35