BOHRER & LUKEMAN, PLLC
5 Columbus Circle, Suite 1501
New York, NY 10019
Phone No.: 212-406-4232
Fax No.: 212-202-4440
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

RAPHAEL ZUCKER,

                Plaintiff,

  -against-

UNITED AIRLINES, INC., UNITED GROUND
EXPRESS, INC., and JOHN DOE CORPORATION

                Defendants.

------------------------------------------------------------x

Civil Action No.: 2:23-cv-00834 (MCA-JBC)

**DEMAND FOR TRIAL DE NOVO**

      PLEASE TAKE NOTICE that pursuant to Local Civil Rule 201.1 (h) Plaintiff, RAPHAEL ZUCKER, by his attorneys, BOHRER & LUKEMAN, PLLC hereby demands a *trial de novo* from the results of an arbitration held on February 5th and February 25th, 2025 from which a Decision and Award dated March 17, 2025 was filed with the Office of the Clerk.

      The basis of the demand is a series of mistakes of law and fact in the Decision and Award.

Dated: March 26, 2025

                                              BOHRER & LUKEMAN, PLLC

                                              By:_____
                                                 Abram I. Bohrer, Esq.
                                                 *Attorneys for Plaintiff*

cc: **Via ECF**
Michael J. Cohen, Esq.
Winne, Banta, Basralian & Kahn, P.C.
Court Plaza South
21 Main Street, Suite 101
Hackensack, New Jersey 07601
*Attorneys for Defendants*